**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) CASE NO. 20-00116-jw |
| Dexter Alonzo Thomas, | ) |
| | ) JUDGE John E. Waites |
| Debtor | ) |
| | ) |

**HOME POINT FINANCIAL CORPORATION'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor Home Point Financial Corporation ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 6 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 08/01/20 through 01/01/21. Creditor holds a secured interest in real property commonly known as 159 Weeping Cypress Drive, Moncks Corner, SC 29461 as evidenced by claim number 4 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 02/01/21 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor

fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

        Robertson, Anschutz, Schneid & Crane LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: (470) 321-7112

By: **/S/Robert J. Stephenson**
**Robert J. Stephenson; 04887**
*Attorney for Creditor*
**RAS LaVrar, LLC**
**220 North Main St., Ste. 500**
**Greenville, SC 29601**
**800-531-5490 (3226)**

**Date: August 27, 2020**

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 27th day of August 2020:

Dexter Alonzo Thomas
159 Weeping Cypress Drive
Moncks Corner, SC 29461

And via electronic mail to:

Russell A. DeMott
DeMott Law Firm, P.A.
300 N. Cedar Street
Suite A
Summerville, SC 29483

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

                Robertson, Anschutz, Schneid & Crane LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: (470) 321-7112

                By: /s/Paul Edwards
                Paul Edwards