Fill in this information to identify the case:

Debtor 1 <u>Dexter Alonzo Thomas</u>
aka <u>Dexter A. Thomas</u>
aka <u>Thomas Dexter</u>
Debtor 2 <u>Dexter Alonzo Thomas</u>
United States Bankruptcy Court <u>ALL</u> for the District of <u>SC</u>
Case Number <u>20-00116</u>

# Form 4100S
# Supplemental Proof of Claim for CARES Forbearance Claim    02/21

This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) as the Debtor was granted a forbearance, including but not limited to, those under the CARES Act (15 U.S.C. § 9056 or 9057). "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f). File this form as a supplement to your proof of claim.

**Name of creditor:**

**Court claim no. (if known):** <u>4</u>

**Last 4 digits** of any number you use to identify the debtor's account: 5908

**Property address:** <u>159 WEEPING CYPRESS DR</u>
         Number    Street
<u>MONCKS CORNER</u>    <u>SC</u>  <u>29461</u>
    City      State  Zip

## Part 1:  Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Date: | Amount: | Date: | Amount: |
|---|---|---|---|
| 08/01/2020 | $1244.97 | 02/01/2021 | $1244.97 |
| 09/01/2020 | $1244.97 | 03/01/2021 | $1244.97 |
| 10/01/2020 | $1244.97 | 04/01/2021 | $1244.97 |
| 11/01/2020 | $1244.97 | | |
| 12/01/2020 | $1244.97 | | |
| 01/01/2021 | $1244.97 | | |

**Total of payments due under the forbearance:** <u>$11204.73</u>

## Part 2:  Information About Agreement to Modify or Defer Loan Obligation

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

[ ] Yes. Include the information required by 11 USC § 501(f)(2)(B)(i)-(iii) and attach copies of the writing outlining the modification or deferral:

- The loan was modified as follows:

- The amount of forborne payments and the deferral date:

[x] No. Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor.

[ ] Other:

## Part 3: Sign Here

**The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

☒ /s/ Alexa Martini Stinson        Date 8/26/2021

Print  Alexa Martini Stinson        Title  Authorized Agent
       First Name   Middle Name   Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address    10700 Abbott's Bridge Road, Suite 170
           Number            Street

           Duluth, GA 30097
           City    State   ZIP Code

Contact phone  470-321-7112        Email  astinson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Dexter Alonzo Thomas
159 Weeping Cypress Drive
Moncks Corner, SC 29461

And via electronic mail to:

Russell A. DeMott
DeMott Law Firm, P.A.
300 N. Cedar Street
Suite A
Summerville, SC 29483

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

By: /s/ Taylor Stevens